Jeremiah CLARK *v.* STATE of Arkansas

02-430                                          74 S.W.3d 215

Supreme Court of Arkansas
Opinion delivered May 16, 2002

*Althea E. Hadden*, for appellant.

No response.

P ER CURIAM. Appellant Jeremiah Clark, by and through his attorney, has filed a motion for rule on clerk. His attorney, Althea E. Hadden, states in the motion that the record was tendered late due to a mistake on her part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the

motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.